■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM SMYTHE, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated August 2, 1960, denying, without a hearing, his *coram nobis* application to vacate a judgment of said court, rendered January 22, 1957, on his plea of guilty, convicting him of attempted assault in the second degree, and sentencing him, as a third felony offender, to serve a term of one and one-quarter years to five years. Order affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE STRASBURG, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered April 8, 1960, after a jury trial, convicting him of grand larceny in the second degree (Penal Law, § 1293-a), and sentencing him, as a second felony offender, to serve a term of three to five years. On the trial, evidence was adduced showing that defendant knew he was a passenger in an automobile without the owner's permission, and that defendant knew the automobile had been stolen. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TYLER TOULON, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated October 5, 1960, denying, without a hearing, his *coram nobis* application to vacate a judgment rendered by said court on February 11, 1955, after a jury trial, convicting him of robbery in the first degree and sentencing him to serve a term of 15 to 30 years; or to correct the sentence imposed by said judgment. Order affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ JOSEPH STRENGER, Respondent, v. BETTLEON REALTY CORP. et al., Defendants, and WARBURTON HALL, INC., Appellant.— In an action by the holder of a second mortgage on real property for a judgment of foreclosure and sale, the defendant Warburton Hall, Inc., the owner of the property, appeals, as limited by its brief: (1) from so much of an order of the Supreme Court, Westchester County, dated October 25, 1960, as grants plaintiff's motion for summary judgment striking out the answer of said defendant, pursuant to rule 113 of the Rules of Civil Practice; and (2) from so much of the judgment of said court, made on November 14, 1960, and amended *nunc pro tunc* by order dated December 1, 1960, as grants plaintiff the foreclosure and sale of the mortgaged premises on the basis of the order granting his motion for summary judgment. Order and judgment, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.